IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART ALLEN WESTON                                                                          PLAINTIFF

vs.                                     Civil No. 6:16-cv-06039

NANCY A. BERRYHILL                                                                      DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 8th day of June 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                    /s/ Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE